# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0485
Lower Tribunal No. 20-12061
_____

**Evelyn Kurland,**
Appellant,

vs.

**The Hamilton Law Firm, PL, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Ross & Girten, and Lauri Waldman Ross; Moraitis & Raimondi, LLP, and Robert J. Moraitis, and Peter M. Raimondi (Ft. Lauderdale), for appellant.

Dorta & Ortega P.A., and Omar Ortega and Natalie A. Ferral, for appellee.

Before EMAS, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

1

Evelyn Kurland, appellant/defendant below, appeals an order denying her motion to transfer venue to the Seventeenth Judicial Circuit in and for Broward County under principles of priority or on the basis of a forum selection clause in the retainer agreement between the parties. The order also denied her motion to stay the proceedings pending disposition of the charging lien filed in the Broward action by the Hamilton Law Firm, appellee/plaintiff below. Without reaching either the issue regarding whether this action should be transferred to Broward or the enforceability of the forum selection clause, on the undisputed facts of this case, we treat the appeal of the order denying the motion to stay as a petition for writ of certiorari and quash the order. See Sorena v. Gerald J. Tobin, P.A., 47 So. 3d 875, 876 (Fla. 3d DCA 2010) ("Because we find that this action involves both substantially similar parties and substantially similar issues as are involved in the earlier-filed action, we grant the petition for certiorari and quash the trial court's order denying a stay of proceedings.").